1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  RODNEY C. VILLAZOR (NYBN 4003596)
   Assistant United States Attorney
5
6      1301 Clay Street, Suite 340-S
       Oakland, CA  94612
7      Telephone: (510) 637-3689
       Fax: (510) 637-3724
8      E-mail: rodney.villazor@usdoj.gov

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                         OAKLAND BRANCH
13

14 UNITED STATES OF AMERICA,            )   No. MJ 12-71277 MAG
                                        )
15         Plaintiff,                   )
                                        )
16     v.                               )   STIPULATION AND [PROPOSED]
                                        )   ORDER TO SET PRELIMINARY
17 BEHZAD TALAI MOFRAD,                 )   HEARING OR ARRAIGNMENT
                                        )   ON MARCH 29, 2013
18                                      )
           Defendant.                   )
19 ─────────────────────────────────    )

20
21     The above-captioned matter was previously set on February 27, 2013 before
22 Magistrate Donna M. Ryu for a preliminary hearing or arraignment.  The parties request
23 that this Court set this matter for a preliminary hearing or arraignment on March 29, 2013
24 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act between
25 February 27, 2013 and March 29, 2013.  The parties stipulate that the time is excludable
26 from the time limitations of the Speedy Trial Act because the interests of justice are
27 served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
28
   STIPULATION AND EXCLUSION OF TIME
   MJ 12-71277 MAG
                                        1

Such continuance is required because the government has produced discovery, and defense counsel needs time to review the discovery and, in addition, research legal and factual issues. This continuance will allow the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

As such, the parties respectfully request that the time between February 27, 2013 and March 29, 2013 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: February 8, 2013                Respectfully submitted,

                                       MELINDA HAAG
                                       United States Attorney

                                        /s/
                                       RODNEY C. VILLAZOR
                                       Assistant United States Attorney

                                        /s/
                                       ELLEN VALENTIK LEONIDA
                                       Attorney for Benzai Talai Mofrad

### ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until March 29, 2013 at 9:30 a.m. before the Magistrate Court, and time is excluded until March 29, 2013.

**IT IS SO ORDERED.**

DATED: 2/11/2013

                                       _____
                                       DONNA M. RYU
                                       United States Magistrate Judge

STIPULATION AND EXCLUSION OF TIME
MJ 12-71277 MAG

2