1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   BEHZAD TALAI MOFRAD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR MJ 12-71277 MAG |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO SET PRELIMINARY HEARING OR ARRAIGNMENT ON APRIL 10, 2013 |
| v. | |
| BEHZAD TALAI MOFRAD, | |
| Defendant. | |

The above-captioned matter was previously set on March 29, 2013 before Magistrate Kandis Westmore for a preliminary hearing or arraignment. The parties request that this Court set this matter for a preliminary hearing or arraignment on April 10, 2013 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act between March 29, 2013 and March 29, 2013. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Such continuance is required because the government has produced discovery, and

CR 4-11-70677 MAG
Stipulation to Continuance and Exclusion of Time

1

2 defense counsel needs time to review the discovery and, in addition, research legal and
3 factual issues. This continuance will allow the reasonable time necessary for effective
4 preparation taking into account the exercise of due diligence.

5     As such, the parties respectfully request that the time between March 29, 2013 and
6 April 10, 2013 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

8 DATED: March 14, 2013      /s/
    RODNEY C. VILLAZOR
9     Assistant United States Attorney

11      /s/
    ELLEN V. LEONIDA
    Attorney for Benzai Talai Mofrad

### ORDER

14     Based on the reason provided in the stipulation of the parties above, the Court hereby
15 FINDS that for adequate preparation of the case by all parties, and in the interest of justice,
16 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under
17 the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT the
18 hearing is continued until April 10, 2013 at 9:30 a.m. before the Magistrate Court, and time
19 is excluded until April 10, 2013.

21     **IT IS SO ORDERED.**

23 DATED: 3/14/13      *[signature: Kandis Westmore]*
    KANDIS WESTMORE
    United States Magistrate Judge